# United States Court of Appeals
## For the First Circuit

No. 11-1393

EUGENE STARSKI,

Plaintiff, Appellant,

v.

ALEXANDER KIRZHNEV and DAI SYNDITRADE LIMITED,

Defendants, Appellees.

**ERRATA**

The opinion of this Court, issued on June 20, 2012, should be amended as follows.

On page 2, 1st line of 3rd paragraph, replace "2005" with "2006".